# First District Court of Appeal
## State of Florida

_____

No. 1D21-1825
_____

EDWIN TERRY WINFORD,

Appellant,

v.

FRIEDMAN INTEGRATED REAL
ESTATE GROUP,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, III, Judge.

September 22, 2021

PER CURIAM.

DISMISSED. All pending motions are denied as moot.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Edwin Terry Winford, pro se, Appellant.

No appearance for Appellee.